A. L. HARE, SHERIFF, AND THE STATE OF ILLINOIS. Error to the Superior Court of the State of Pennsylvania. April 21, 1911. Dismissed with costs, pursuant to the tenth rule. *Mr. L. Cabell Williamson* and *Mr. Henry E. Davis* for the plaintiffs in error. No appearance for the defendants in error.

---

No. 154. R. M. MACKENZIE, TRUSTEE, ETC., PLAINTIFF IN ERROR, *v.* LAWRENCE C. WOODS. Error to the Supreme Court of the State of Pennsylvania. April 25, 1911. Dismissed with costs, pursuant to the tenth rule. *Mr. Lowrie C. Barton* for the plaintiff in error. *Mr. A. Leo Weil* for the defendant in error.

---

No. 163. MASON WILLIAMS, TRUSTEE, ETC., APPELLANT, *v.* THE NATIONAL BANK OF COMMERCE OF ST. LOUIS, Mo. Appeal from the United States Circuit Court of Appeals for the Fifth Circuit. April 26, 1911. Dismissed with costs, pursuant to the tenth rule. *Mr. Mason Williams* for the appellant. No appearance for the appellee.

---

No. 161. JENNIE M. TUTTLE, PLAINTIFF IN ERROR, *v.* IOWA STATE TRAVELING MEN'S ASSOCIATION. Error to the Supreme Court of the State of Iowa. April 27, 1911. Dismissed with costs, pursuant to the tenth rule. *Mr. Alfred H. McVey* for the plaintiff in error. *Mr. Albert B. Cummins* for the defendant in error.

---

No. 171. CHARLES MAUK, PLAINTIFF IN ERROR, *v.*

CHICAGO, BURLINGTON & QUINCY RAILWAY COMPANY. Error to the Circuit Court of the United States for the Southern District of Iowa. April 27, 1911. Dismissed with costs, pursuant to the tenth rule. *Mr. C. C. Cole* for the plaintiff in error. *Mr. N. T. Guernsey* for the defendant in error.

---

No. 715. CHIN YING DON ET AL., APPELLANTS, *v.* GEORGE B. BILLINGS, UNITED STATES COMMISSIONER, ETC. Appeal from the District Court of the United States for the District of Massachusetts. May 1, 1911. Dismissed with costs, on authority of counsel for the appellant, on motion of *Mr. Solicitor General Lehmann* for the appellee. *Mr. Warren Ozro Kyle* for the appellants. *The Attorney General, The Solicitor General* and *Mr. Assistant Attorney General Harr* for the appellee.

---

No. 921. BRADFORD KENNEDY COMPANY ET AL., PLAINTIFFS IN ERROR, *v.* ARTHUR C. MORBECK ET AL. Error to the Supreme Court of the State of Idaho. May 1, 1911. Dismissed per stipulation of counsel. *Mr. Miles Poindexter, Mr. W. T. Stoll* and *Mr. O. C. Moore* for the plaintiffs in error. *Mr. Robert Early McFarland* and *Mr. Robert H. Elder* for the defendants in error.

---

No. 250. SAMUEL R. COLHOUN, APPELLANT, *v.* THE UNITED STATES. Appeal from the Court of Claims. May 15, 1911. Dismissed on motion of *Mr. Archibald King* for the appellant. *Mr. George A. King* for the appellant. *The Attorney General* and *The Solicitor General* for the appellee.